AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

"MICHELLIE" L/N/U

**CRIMINAL COMPLAINT**

CASE NUMBER: 05M-1101-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 6/28, 7/6, and 7/27 in 2005 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly transfer an identification document, authentication feature, and false identification document knowing that such document and feature was stolen and produced without lawful authority

in violation of Title 18 United States Code, Section(s) 1028(a)(2)

I further state that I am a(n) ICE Special Agent and that this complaint is based on the following facts:
Official Title

Please see attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

08-15-2005            at        Boston, Massachusetts
Date                                City and State

Hon. Judith G. Dein, United States Magistrate Judge        _____
Name & Title of Judicial Officer                            Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.