AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

MICHELLIE L/N/U

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1101-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MICHELLIE L/N/U
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
knowingly transfering identification documents, authentication features, and false identification documents knowing that such documents and features were stolen and produced without lawful authority

in violation of
Title  18  United States Code, Section(s)  1028(a)(2)

Hon. Judith G. Dein
Name of Issuing Officer

*Judith Gail Dein*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

08-15-2005
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ICE
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/17/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

HD #1055899

DEFENDANT'S NAME: Michellie L/N/U

ALIAS:

LAST KNOWN RESIDENCE: 30 Upham Street, first floor apartment, Malden, Massachusetts 02148

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT: 5-6                                                WEIGHT:

SEX:   Female                                              RACE:   Hispanic

HAIR:  Dark                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: