```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10234-RWZ |
| | ) | |
| V. | ) | 18 U.S.C. § 1028(a)(2) |
| | ) | Transfer of False |
| MICHELLE CARAVALHO | ) | Identification Documents |
| A/K/A MICHELLIE L/N/U | ) | |

**INFORMATION**

**COUNT ONE:**
**18 U.S.C. § 1028(a)(2)**
**(Transfer of False Identification Documents)**

The United States Attorney charges that:

On or about June 28, 2005, in Malden, in the District of Massachusetts,

**MICHELLE CARAVALHO,**
**A/K/A MICHELLIE L/N/U**

defendant herein, did knowingly transfer false identification documents, to wit: Social Security Administration account number cards and counterfeit resident alien cards, which appeared to be used by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

-2-

**COUNT TWO:
18 U.S.C. § 1028(a)(2)
(Transfer of False Identification Documents)**

The United States Attorney further charges that:

On or about July 6, 2005, in Malden, in the District of Massachusetts, defendant did knowingly transfer false identification documents, to wit: Social Security Administration account number cards and counterfeit resident alien cards, which appeared to be used by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Sections 2 and 1028(a)(2).

**COUNT THREE:
18 U.S.C. § 1028(a)(2)
(Transfer of False Identification Documents)**

The United States Attorney further charges that:

On or about July 27, 2005, in Malden, in the District of Massachusetts, defendant did knowingly transfer false identification documents, to wit: Social Security Administration account number cards and counterfeit resident alien cards, which appeared to be used by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

**FORFEITURE ALLEGATION:**
**18 U.S.C. § 1028(h); 18 U.S.C. § 982(a)(2)(B)**

The United States Attorney further charges that:

1. As a result of the offenses in violation of 18 U.S.C. § 1028 charged in Counts 1 through 3 of this Information, the defendant,

**MICHELLE CARAVALHO**
**a/k/a MICHELLIE L/N/U**

shall forfeit all illicit authentication features, identification documents, document-making implements, means of identification, and any property constituting, or derived from, proceeds obtained directly or indirectly from sales of identification documents, including but not limited to:

- HP Pavilion CPU, model number a818n, serial number MXF4522XNP, with silver Kingston thumb-drive installed in port; color copier; printer; shredder; digital camera Sony Smart Zoom model DSC P41 with 16 megabyte memory stick; 6 CD-ROMS; and miscellaneous completed, incomplete, and partially destroyed identification documents, all discovered in Defendant's bedroom at 30 Upham Street, Massachusetts

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), which is incorporated by 18 U.S.C. § 1028(g), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 1028(h).

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

By: _____

                         S. WAQAR HASIB
                         Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 8/29/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Malden    Category No. III    Investigating Agency ICE

City Malden    Related Case Information:

County Middlesex
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number 05M-1101-JGD
Search Warrant Case Number 05M-1102-JGD
Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name  Michelle Caravalho    Juvenile  [ ] Yes  [X] No

Alias Name  Michellie L/N/U

Address  30 Upham Street, Malden, MA

Birth date (Year only): 1983   SSN (last 4 #): ____   Sex F   Race: Hispanic   Nationality: Brazilian

Defense Counsel if known:  Timothy G. Watkins    Address: 408 Atlantic Avenue
                                                          Boston, MA 02110

Bar Number: _____

**U.S. Attorney Information:**

AUSA  S. Waqar Hasib    Bar Number if applicable  California 234818

Interpreter:  [X] Yes  [ ] No    List language and/or dialect:  Portuguese

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested    [ ] Regular Process    [X] In Custody

**Location Status:**

Arrest Date:  August 17, 2005

[X] Already in Federal Custody as  defendant  in  U.S. v. Michellie L/N/U .
[ ] Already in State Custody _____    [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____  on _____

Charging Document:  [ ] Complaint   [X] Information   [ ] Indictment

Total # of Counts:   [ ] Petty ____   [ ] Misdemeanor ____   [X] Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 31, 2005    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Michelle Caravalho, A/K/A Michellie L/N/U

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1028(a)(2) | Fraud related to identification documents | 1-3 |
| Set 2 | 18 U.S.C. 1028(h) | Forfeiture of document making implements | n/a |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**