AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Michellie Carvalho

WAIVER OF INDICTMENT

CASE NUMBER: 05-10234-RWZ

I, Michellie Carvalho, the above named defendant, who is accused of Transfer of False Identification Documents in violation 18 U.S.C. §1028(a)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/21/05 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____  9/21/05
       Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.